**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7065

ANTHONY JAMES,

                    Plaintiff - Appellant,

          v.

WARDEN LEROY CARTLEDGE,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken.   Timothy M. Cain, District Judge. (1:13-cv-02292-TMC)

Submitted:  December 18, 2014      Decided:  December 22, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony James, Appellant Pro Se.   Steven Michael Pruitt, MCDONALD, PATRICK, POSTON, HEMPHILL & ROPER, LLC, Greenwood, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony James appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on James' 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>James v. Cartledge</u>, No. 1:13-cv-02292-TMC (D.S.C. July 7, 2014). We deny James' motion for transportation to medical appointments outside the prison. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2